

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-409-CV

RICHARD FOLSOM AND BECKY FOLSOM             APPELLANTS

V.

POOL QUEST, LLC                            APPELLEE

----------

### FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]  AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss For Mootness." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: June 3, 2010

----

[1]*See* Tex. R. App. P. 47.4.